476 A.2d 54

Commonwealth v. Smolarski, Appellant.

Reargument Denied June 18, 1984.

Petition for Allowance of Appeal
Denied Nov. 12, 1984.

644

Argued January 17, 1984.   Burton Rose, for appellant; Marciana C. Sorensen, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment of sentence affirmed.